UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRIAN TOTIN,

                    Plaintiff,

      -against-

HIGHLINE RESIDENTIAL, LLC,

                    Defendant.

------------------------------------------------------------X

21-CV-03250 (JPO)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, August 9, 2021, the Honorable J. Paul Oetken assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

      In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED:    August 10, 2021
              New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021