UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRIAN TOTIN,

                **Plaintiff,**

     -against-

HIGHLINE RESIDENTIAL, LLC,

                **Defendant.**

-------------------------------------------------------------------X

21-CV-03250 (JPO)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A settlement conference is scheduled for Tuesday, October 19, 2021, at 2:00 p.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, October 12, 2021, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 14, 2021
       New York, New York